ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov
    emily.dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-462-SI |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| DERECK ARDIS,<br>    a/k/a "Derek Ardis,"<br>    a/k/a "Derick Ardis," | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Dereck Ardis.

//

//

//

//

NOTICE OF DISMISSAL
3:22-CR-462-SI_____                      1

1 | DATED: September 13, 2024  Respectfully submitted,

2 | ISMAIL J. RAMSEY
United States Attorney

4 | */s/*
MATTHEW YELOVICH
5 | Deputy Chief, Criminal Division

7 | Leave is granted to the government to dismiss the indictment against Dereck Ardis.

10 | Date:  October 9, 2024

HON. SUSAN ILLSTON
11 | United States District Judge

NOTICE OF DISMISSAL
3:22-CR-462-SI_____         2